

## NUMBER 13-19-00537-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE ALMA RODRIGUEZ MEDINA

### On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Order Per Curiam**

Relator Alma Rodriguez Medina filed a petition for writ of mandamus in the above cause on October 18, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate two orders signed on September 17, 2019 granting a special appearance in favor of the real party in interest Levy Medina Sanchez.

The Court requests that the real party in interest, Sanchez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of October, 2019.